Case 5:18-cv-00103   Document 62   Filed on 05/17/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Laredo | Case Number | 5:18-cv-00103 |
|---|---|---|---|

MARIA TERESA BARCENA, individually and on behalf of those similarly situated,

*versus*

ESTRELLA PROVIDER SERVICES, LLC, JOSE C. GONZALEZ, and JOSE A. MARTINEZ

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Aaron Johnson<br>Equal Justice Center<br>510 S. Congress Ave., Ste. 206<br>Austin, Texas 78704<br>T: (512) 474-0007, ext. 104; F: (512) 474-0008<br>ajohnson@equaljusticecenter.org<br>TX Bar No. 24056961; WD Tex., ND Tex., Fifth Circuit |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff, MARIA TERESA BARCENA |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✔__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/17/2019 | Signed: | /s/ Aaron Johnson |
|---|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 5/17/2019 | Clerk's signature *[signature]* |

**Order**

Dated: 5/17/2019

This lawyer is admitted *pro hac vice*.

*/s/ John A. Kazen*
United Stated Magistrate Judge